UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
NOVELLA JOHNSON,

                                 **Plaintiff,**

   -against-

CITY OF NEW YORK, METROPOLITAN
TRANSIT AUTHORITY, MANHATTAN AND
BRONX SURFACE TRANSIT OPERATING
AUTHORITY, AND DAVID COLLUM

                                **Defendants.**
---------------------------------------------------------------X

Index Number:   07 CV 5805

NOTICE OF APPEARANCE

      **PLEASE TAKE NOTICE** that Francine Menaker, an attorney of record for the defendants, Metropolitan Transit Authority ("MTA") and Manhattan and Bronx Surface Transit Operating Authority ("MABSTOA") and requests that copies of all notices and other papers in this action be served on the undersigned at the e-mail address, and the mailing address, stated below.

Dated: Brooklyn, New York
       November 1, 2007

                                              Yours, etc.,
                                              ***/s/Francine Menaker***
                                              Francine Menaker (FM8732)
                                              Office of the General Counsel
                                              New York City Transit Authority
                                              130 Livingston Street, 12th Floor
                                              Brooklyn, New York 11201
                                              (718) 694-3891
                                              francine.menaker@nyct.com