UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
NOVELLA JOHNSON,

                                  Plaintiff,      **NOTICE OF APPEARANCE**

        - against -                              07 Civ. 5805 (RJS)

CITY OF NEW YORK, et al.,

                                Defendants.
------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York, attorney for defendant, the City of New York in the above-captioned action. Please note that I am the Assistant Corporation Counsel assigned to this case and that all filings, or other information, related to this action can be directed to me at the below address.

Dated:        New York, New York
                November 2, 2007

                                              **MICHAEL A. CARDOZO**
                                              Corporation Counsel of the
                                                City of New York
                                              Attorney for Defendant, the City of New York
                                              100 Church Street, Room 2-118
                                              New York, New York 10007-2601
                                              (212) 788-8703

                          By:    **ECF**:        /s/
                                              JENNAYDRA D. CLUNIS (JC 1908)
                                              Assistant Corporation Counsel

TO:    Reibman & Weiner
         Attorneys for Plaintiff
         26 Court Street, Suite 1005
         Brooklyn, NY 10005
         Attn: Michael B. Lumer, Esq.

07 Civ. 5805 (RJS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVELLA JOHNSON,

                                                     Plaintiff,

- against -

CITY OF NEW YORK, et al.,

                                                     Defendants.

**NOTICE OF APPEARANCE**

**MICHAEL A. CARDOZO**
*Corporation Counsel of the City of New York*
Attorney for Defendant, the City of New York
100 Church Street, Room 2-118
New York, NY  10007-2601


Of Counsel:   Jennaydra D. Clunis
Tel:   (212) 788-8703


NYCLIS No. : 2007-031296

*Due and timely service is hereby admitted.*

New York, N.Y.  ......................................, 200…...

    ...................................................................

Attorney for...............................................................