UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
NOVELLA JOHNSON,

                          Plaintiff,                           07 CV 5805 (RJS)

      -against-

CITY OF NEW YORK, METROPOLITAN             **NOTICE OF VOLUNTARY**
TRANSIT AUTHORITY, MANHATTAN AND         **DISMISSAL OF CLAIMS**
BRONX SURFACE TRANSIT OPERATING          **AGAINST DEFENDANT**
AUTHORITY AND DAVID COLLUM,                    **CITY OF NEW YORK**

                          Defendants.
-------------------------------------------------------------x

        PLEASE TAKE NOTICE THAT plaintiff Novella Johnson, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily discontinues without prejudice her action in the above captioned matter solely as against defendant City of New York, who not yet served an answer or moved for summary judgment. Accordingly, the plaintiff's action against defendant City of New York is hereby dismissed without prejudice.

Dated: Brooklyn, New York
         November 9, 2007

                                                        REIBMAN & WEINER
                                                        Attorneys for Plaintiff

                                          By:  s/
                                                     Michael Lumer (ML-1947)
                                                     26 Court Street, Suite 1005
                                                     Brooklyn, New York 11242
                                                     (718) 522-1743

To:    Jennaydra D. Clunis, Esq. (By ECF)
        Kristen Nolen, Esq. (By ECF)
        Francine Menaker, Esq. (By ECF)