Case 1:07-cv-05805-RJS-AJP  Document 9  Filed 11/13/2007  Page 1 of 2
11/09/2007 18:51  7186439297  R & W  PAGE 02/02
Case 1:07-cv-05805-RJS  Document 7  Filed 11/09/2007  Page 1 of 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
NOVELLA JOHNSON,

                Plaintiff,              07 CV 5805 (RJS)

    -against-

CITY OF NEW YORK, METROPOLITAN        NOTICE OF VOLUNTARY
TRANSIT AUTHORITY, MANHATTAN AND      DISMISSAL OF CLAIMS
BRONX SURFACE TRANSIT OPERATING       AGAINST DEFENDANT
AUTHORITY AND DAVID COLLUM,              CITY OF NEW YORK

                Defendants.
-----------------------------------------------------------x

        PLEASE TAKE NOTICE THAT plaintiff Novella Johnson, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby voluntarily discontinues without prejudice her action in the above captioned matter solely as against defendant City of New York, who not yet served an answer or moved for summary judgment. Accordingly, the plaintiff's action against defendant City of New York is hereby dismissed without prejudice.

Dated: Brooklyn, New York
       November 9, 2007

                                          REIBMAN & WEINER
                                          Attorneys for Plaintiff

                               By: s/
                                   Michael Lumer (ML-1947)
                                   26 Court Street, Suite 1005
                                   Brooklyn, New York 11242
                                   (718) 522-1743

To:   Jennaydra D. Clunis, Esq. (By ECF)
       Kristen Nolen, Esq. (By ECF)
       Francine Menaker, Esq. (By ECF)

SO ORDERED
Dated: 11/9/07
RICHARD J. SULLIVAN
U.S.D.J.

11/09/2007 18:51   7186439297                    R & W                              PAGE  01/02
Case 1:07-cv-05805-RJS-AJP   Document 9   Filed 11/13/2007   Page 2 of 2
Case 1:07-cv-05805-RJS   Document 8   Filed 11/09/2007   Page 1 of 1

# REIBMAN & WEINER

26 Court Street
Suite 1005
Brooklyn, NY 11242
(718) 522-1743
Facsimile (718) 643-9297



November 9, 2007

**By ECF**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *Johnson v. City of New York, et. al.,*
          **07 CV 5805 (RJS)**

Dear Judge Sullivan:

    Our firm represents the plaintiff in the above captioned action. I write to request that the pre-motion conference scheduled for November 13, 2007, be cancelled as moot.

    On October 31, 2007, defendant City of New York wrote to the Court requesting a the conference in anticipation of moving to dismiss the action on the ground that it is an improper party. Plaintiff has today filed a voluntary dismissal of the action against defendant City of New York pursuant to Fed. R. Civ. P. 41(a)(1). Parenthetically, the plaintiff is not dismissing its claims against any of remaining defendants.

    Accordingly, defendant City of New York's contemplated motion to dismiss is now moot, and there is no basis for the scheduled conference.

    Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    /s/

                                  Michael B. Lumer (ML-1947)

cc:    Jennaydra D. Clunis, Esq. (By ECF)
        Kristen Nolen, Esq. (By ECF)
        Francine Menaker, Esq. (By ECF)

SO ORDERED
Dated: 11/9/07
                RICHARD J. SULLIVAN
                U.S.D.J.