UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NOVELLA JOHNSON,
                  Plaintiff.

-v-

METROPOLITAN TRANSIT
AUTHORITY, et al
                  Defendants.

Case No. 07-CV-05805(RJS)

ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

    The above entitled action is referred to Magistrate Judge Peck for the following purpose(s):

___ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___ Specific Non-Dispositive Motion/Dispute:*

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:____

_x_ Settlement* -The parties request a settlement conference after February 10, 2008.

___ Inquest After Default/Damages Hearing

___ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___ Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:____

___ Habeas Corpus

___ Social Security

___ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:____

    All such motions: ____

* Do not check if already referred for general pretrial.

SO ORDERED.
DATED:   New York, New York
           Dec. 5, 2008

RICHARD J. SULLIVAN
United States District Judge