130 Livingston Street  
Brooklyn, NY 11201

Howard H. Roberts, Jr.  
President



**New York City Transit**

718-694-3891  
718-694-5727 (fax)

RECEIVED JAN 3 1 2008 CHAMBERS OF ANDREW J PECK

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #:  
DATE FILED: 1/31/08

January 29, 2008

**MEMO ENDORSED** 1/31/08

Sett. conf. adjourned at defts' req't, to 3/18 at 9:30 A.M. Pltf's sett. ltr due 3/11. SO ORDERED.

Hon. Andrew Jay Peck  
United States Magistrate Judge

BY MAIL  
Hon. Andrew J. Peck  
United States Magistrate Judge  
Daniel Patrick Moynihan  
United States Courthouse  
500 Pearl Street, Rm. 1370  
New York, NY 10007

**Re: Johnson v. Metropolitan Transit Authority, et. al. (07-cv-5805)**

Dear Judge Peck:

I write on behalf of Defendants Metropolitan Transit Authority, Manhattan and Bronx Surface Transit Operating Authority, David Collum, and Plaintiff's counsel, Michael Lumer.

We request an adjournment of the settlement conference currently scheduled for February 14, 2008. No previous requests for adjournment have been made.

Neither party is prepared to enter into settlement negotiations at this point. Both parties would like to proceed with preliminary discovery before entering into any settlement negotiations. Also, I am planning to be out of the country February 12-23.

Thus, we are respectfully requesting the conference be rescheduled to a later date. We propose the settlement memorandum be due on or after March 7, 2008, and the conference be scheduled on or after March 14, 2008.

Thank you for your courtesies.

Respectfully submitted,

Francine E. Menaker

**BY FAX**

cc: Michael Lumer  
Reibman & Weiner  
26 Court Street  
Brooklyn, NY 11242

#1045280

MTA New York City Transit is an agency of the Metropolitan Transportation Authority, State of New York  
H. Dale Hemmerdinger, Chairman        Elliot G. Sander, Executive Director and CEO

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  January 31, 2008                                     Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Michael B. Lumer, Esq. | 718-643-9297 |
| Francine E. Menaker, Esq. | 718-694-5727 |
| | |

# TRANSCRIPTION:

**MEMO ENDORSED 1/31/08**

Settlement conf. adjourned at defendants' request to **3/18** at 9:30 AM. Settlement memos due 3/11.

Copy to:   Judge Richard J. Sullivan