# REIBMAN & WEINER

26 COURT STREET
SUITE 1005
BROOKLYN, NEW YORK 11242

Telephone (718) 522-1743
Facsimile (718) 643-9297

March 6, 2008

**By Hand**
Honorable Richard J. Sullivan
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
            3/10/08

   Re: *Johnson v. City of New York, et. al.,*
     **07 CV 5805 (RJS)**

Dear Judge Sullivan:

   Our firm represents the plaintiff in the above captioned action. I write further to Your Honor's order of March 4, 2008, to renew plaintiff's request that the current discovery schedule, which includes a deposition deadline of March 3, 2008, and a final discovery deadline of April 18, 2008, be enlarged by 60 days. Counsel for the defendants had consented to this request, which is the first made by either party.

   The "delay" cited in my letter application of February 28, 2008, was primarily caused by an error on my part in calendaring the due date for plaintiff's responses. This was exacerbated by an unusually heavy trial and litigation schedule in January and February of this year, which affected all three attorneys in our firm. We have made every attempt to rectify the situation, and believe that, subject to the resolution of plaintiff's pending worker's compensation claim, the matter should now proceed expeditiously.

   Accordingly, plaintiff proposes a new schedule under which depositions would be completed by May 2, requests to admit served by May 3, and all discovery completed by June 17, 2008. Any pre-motion letters regarding dispositive motions would be due by June 30, with response due July 7, 2008.

   The additional time requested should permit sufficient time for the defendants to obtain all of the records they are seeking prior the deposition, as well as allowing time for the defendants' and non-party depositions to proceed. The time is further necessary as the plaintiff's worker's compensation claim, which was commenced prior to this action, is not yet resolved. The outcome of this claim will likely affect, at least, the damages portion of this action, and may also impact upon several factual matters that are in dispute.

Hon. Richard J. Sullivan, U.S.D.J.
Johnson v. City of New York, et al., 07 CV 5805 (RJS)
March 6, 2008
Page -2-

    Thank you for your kind attention to this matter.

              Respectfully submitted,

              Michael B. Lumer (ML-1947)

cc:  Kristen Nolan, Esq. (By facsimile)

---

*[Handwritten endorsement:]* The parties' request [per ~~adult~~] a 60-day extension in which to complete discovery is hereby granted. All discovery shall be completed by June 17, 2008. Premotion letters (if any) shall be filed by June 30, 2008; responses shall be filed by July 7, 2008. A conference will take place on 7/23/08 at 4:30 pm.

SO ORDERED.
RICHARD J. SULLIVAN
U.S.D.J.