USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**NOVELLA JOHNSON,**
                          **Plaintiff.**

-v-

**METROPOLITAN TRANSIT**
**AUTHORITY, et al**
                          **Defendants.**

Case No. 07-CV-05805(RJS)

AMENDED REFERRAL ORDER
ECF

RICHARD J. SULLIVAN, District Judge:

The above entitled action is referred to Magistrate Judge Peck for the following purpose(s):

_X_  General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___  Specific Non-Dispositive Motion/Dispute:*
_____
_____

      If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____

___  Settlement* -

___  Inquest After Default/Damages Hearing

___  Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___  Consent under 28 U.S.C.§636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

     Purpose:_____

___  Habeas Corpus

___  Social Security

___  Dispositive Motion (i.e., motion requiring a Report and Recommendation)

     Particular Motion:_____
     _____

     All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED.**
DATED:   New York, New York
         May 29, 2008

                                    _____
                                    RICHARD J. SULLIVAN
                                    United States District Judge