# REIBMAN & WEINER
26 COURT STREET
SUITE 1005
BROOKLYN, NEW YORK 11242

Telephone (718) 522-1743
Facsimile (718) 643-9297



June 30, 2008

**By Facsimile**
Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 6/30/08

Re: *Johnson v. City of New York, et. al.*,
07 CV 5805 (RJS) (AJP)

Dear Judge Peck:

We represent the plaintiff in the above referenced action and submit this letter on behalf of all parties to request that the status conference scheduled for tomorrow be adjourned without date. The parties are close to a resolution and there are no discovery matters that require the Court's attention at this time.

Thank you for your kind attention to this matter.

Very truly yours,

Michael Lumer (ML-1947)

**MEMO ENDORSED**
6/30/08

The conf is adjourned sine die at the parties' request. [illegible handwritten notes]

cc: Kristen Nolan, Esq.

SO ORDERED:
Hon. Andrew Jay Peck
United States Magistrate Judge

# FAX TRANSMITTAL SHEET



## ANDREW J. PECK
## UNITED STATES MAGISTRATE JUDGE
## UNITED STATES DISTRICT COURT
Southern District of New York
United States Courthouse
500 Pearl Street, Room 1370
New York, N.Y. 10007-1312

Fax No.:        (212) 805-7933
Telephone No.:  (212) 805-0036

Dated:  June 30, 2008                                    Total Number of Pages: 2

| TO | FAX NUMBER |
|---|---|
| Michael B. Lumer, Esq. | 718-643-9297 |
| Kristen Mary Nolan, Esq. | 718-694-3865 |
|  |  |

# TRANSCRIPTION:

**MEMO ENDORSED 6/30/08**

The conf. is adjourned <u>sine die</u> at the parties' request. Counsel are to contact my chambers if there are any discovery disputes or re settlement. All discovery and other deadlines remain unchanged.


Copy to:    Judge Richard J. Sullivan