UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x

NOVELLA JOHNSON,

        Plaintiff,  :  07 Civ. 5805 (RJS) (AJP)

    -against-  :  **ORDER OF DISMISSAL ON CONSENT**

CITY OF NEW YORK, METROPOLITAN
TRANSIT AUTHORITY, MANHATTAN AND
BRONX SURFACE TRANSIT OPERATING
AUTHORITY & DAVID COLLUM,

        Defendants.
----------------------------------- x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7/21/08

**ANDREW J. PECK, United States Magistrate Judge:**

The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

    SO ORDERED.

DATED:    New York, New York
            July 21, 2008

_____
Andrew J. Peck
United States Magistrate Judge

Copies **by fax & ECF** to:    Michael B. Lumer, Esq.
                                  Francine E. Menaker, Esq.
                                  Kristen Mary Nolan, Esq.
                                  Judge Richard J. Sullivan

C:\ORD\Dismiss.AJP

# REIBMAN & WEINER

26 COURT STREET
SUITE 1005
BROOKLYN, NEW YORK 11242

Telephone (718) 522-1743
Facsimile (718) 643-9297



July 21, 2008

**By Facsimile**
Honorable Andrew J. Peck
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Johnson v. City of New York, et. al.*,
             07 CV 5805 (RJS) (AJP)

Dear Judge Peck:

      We represent the plaintiff in the above referenced action and write to inform the Court that the parties have reached a settlement in this matter. However, the defendants have yet to submit the appropriate settlement documentation to effectuate the agreement. We therefore ask that the Court permit the parties a period of up to 30 days to continue the action if the settlement agreement is not consummated, and that the Court retain jurisdiction thereafter to enforce the agreement.

      Thank you for your kind attention to this matter.

                            Very truly yours,

                            Michael Lumer (ML-1947)

cc:    Kristen Nolan, Esq. (Via facsimile)